## Sternbergh v. Fehling, Appellant.

Argued May 27, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Frederick Edenharter,* with him *Ellis Brodstein,* for appellants.

*Charles H. Weidner,* with him *William R. Lessig, Jr.,* and *Stevens & Lee,* for appellee.

OPINION PER CURIAM, June 30, 1959:
The judgment of the court below is affirmed on the opinion of Judge HESS, 17 Pa. D. & C. 2d 390.